No. 41690.—Petition 5704–R of William Barnet & Son, Inc. (New York).

Opinion by DALLINGER, J. It appeared that there was an item deducted through mistake on the part of the clerk who prepared the entries. As there was no intention to defraud the revenue the court granted the petition.

JUNE 16, 1939

No. 41691.—————————Protests 779056–G, etc., of Rathjen Bros. Abstract 41481. Plaintiffs' application for rehearing granted.

JUNE 17, 1939

No. 41692.——————Protests 281029–G, etc., of J. T. Steeb & Co., Inc., et al. Abstract 41147. Plaintiffs' application for rehearing denied.

No. 41693.——————Protests 303539–G, etc., of Wilbur-Ellis Co. et al. C. D. 153. Plaintiffs' application for rehearing denied.

JUNE 14, 1939

No. 41694.—SUIT 4210.——————————————United States v. Carl Zeiss, Inc. Abstract 39699 affirmed.

BEFORE THE SECOND DIVISION, JUNE 21, 1939

No. 41695.—Protests 323056–G, etc., of Gorra Bros. (New York).

Opinion by TILSON, J. The record showed that certain items consist of napkins trimmed with filet lace similar to that involved in United States v. Jabara (22 C. C. P. A. 77, T. D. 47065). The claim at 75 percent under paragraph 1430 was therefore sustained.

No. 41696.—Protests 504354–G, etc., of Mallouk Bros. et al. (New York).

Opinion by TILSON, J. Normandy laces similar to those involved in United States v. Amrein (26 C. C. P. A. 353, C. A. D. 40) were held dutiable at 75 percent under paragraph 1430 as claimed.

No. 41697.—Petition 5818–R of Sunshine Mushroom Importing Corp. (New York).

Opinion by TILSON, J. The record shows that the importer made considerable effort to obtain the correct value at which to enter this merchandise. No indication was found that there was any intent to defraud the revenue or to conceal or misrepresent the facts or to deceive the appraiser. The petition was therefore granted.